| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Mark A. Roney, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: mroney@hillwallack.com<br>*Attorneys for U.S. Asset Funding, LP* | |
| In Re:<br><br>Karine G. Peterside aka Karine Peterside,<br><br>                  Debtor. | Case No.: 23-13870 (CMG)<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle, U.S.B.J.<br><br>Proposed Hearing Date: May 17, 2023 at 9:00 a.m. |

## NOTICE OF MOTION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

To: Jeanne A. Naughton, Clerk
402 East State Street
Trenton, NJ 08608

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650
**Trustee**

John M. McDonnell, Esq.
McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, NJ 07701
**Debtor's Attorney**

Karine G. Peterside aka Karine Peterside
14 Mountain Court
Millstone, NJ 08510
**Debtor**

Chamberlain Peterside
14 Mountain Court
Millstone, NJ 08510
**Co-Debtor**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
**Secured Creditor**

Xcellon Capital Advisors Limited
c/o Chamberlain S. Peterside, CEO
14 Mountainview Court
Millstone, New Jersey  08510
**Secured Creditor**

**PLEASE TAKE NOTICE**, that on May 17, 2023 at 9:00 a.m., or as soon thereafter as counsel may be heard, Hill Wallack LLP, attorneys for secured creditor, U.S. Asset Funding, LP ("Cross-Movant"), shall cross-move before the Honorable Christine M. Gravelle, U.S.B.J. at the United States Bankruptcy Court, 402 East State Street, Courtroom #3, Trenton, New Jersey 08608 for an Order granting Cross-Movant relief from the automatic stay with respect to the debtor, Karine G. Peterside aka Karine Peterside ("Debtor") pursuant to Section 362(d)(1) of the Bankruptcy Code and relief from co-debtor stay with respect to co-debtor, Chamberlain Peterside, pursuant to Section 1301(c) with respect to real property located at 14 Mountain Court, Millstone, NJ 08510; and

**PLEASE TAKE FURTHER NOTICE**, that Cross-Movant shall rely upon the accompanying Certification of Counsel in support of its Motion; and

**PLEASE TAKE FURTHER NOTICE**, that in accordance with LBR 9013-1(a) and LBR 9013-4, a proposed form of Order is submitted herewith.

          **HILL WALLACK LLP**
          Attorneys for Cross-Movant

          By: */s/ Mark A. Roney*
              Mark A. Roney

Dated: May 10, 2023