| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Karine G Peterside<br><br><br>Debtor(s) | Case No. 23-13870 / CMG<br><br>Hearing Date: August 16, 2023 10:00 am<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN and
## TRUSTEE'S OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has undertaken an improper use of exemption. Specifically: Sched C over-exempts d(5) by $1,475 based upon the full d(1) exemption taken.**

**The debtor(s) plan consists of unnecessary or excessive expense items, such as: Utilities and car payment (100% Plan).**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): 22c has disposable income $24,815.67 (100% Plan).**

**The Schedules fail to account for the debtor(s) tax refund in the amount of $355 when determining disposable income.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is non-exempt equity in real property estimated at $219,665.24 (pending all claims), 2014 Mercedes has $45,550, Bank of America ckg accts#3971 has $4,871.34 and acct#2408 has $5.93 and Bank of America savings acct #4134 has $37.32 (100% Plan).**

**- Arrears claim filed by JPMorgan Chase $1,561.84.**
**- Must resolve IRS estimated tax claim.**
**- Must file Pre-confirmation certificate.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

  /s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney