| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Karine G Peterside | Case No.: 23-13870 / CMG<br><br>Hearing Date: August 16, 2023 10:00 am<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Keisha Johnson, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On July 20, 2023, I caused a copy of the following documents to be served upon the parties listed in the chart below in the manner described in the 'Mode of Service' column:

**Trustee's Objection to Debtor(s) Chapter 13 Plan and Trustee's Objection to Debtor(s) Claim of Exemptions, Certificate of Service**

Dated: July 20, 2023                                    /s/ Keisha Johnson
                                                                         Signature

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Karine G Peterside<br>14 Mountain View Court<br>Millstone Township, NJ  08510-1719 | Debtor(s) | Regular Mail |
|  | Debtor(s) | Regular Mail |
| John Michael McDonnell, Esq.<br>McDonnell Crowley<br>115 Maple Avenue<br>Red Bank,  NJ  07701 | Attorney for Debtor(s) | Notice of Electronic Filing (NEF) |