**MCDONNELL CROWLEY**
115 Maple Avenue
Red Bank, NJ 07701
732-383-7233
Counsel for the Debtor
John M. McDonnell, Esq.
jmcdonnell@mchfirm.com

| | |
|---|---|
| In Re:<br><br>KARINE G. PETERSIDE,<br><br>Debtor. | UNITED STATES BANKRUPTCY<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 23-13870-CMG<br><br>HEARING DATE: September 20, 2023 @ 9am |

## NOTICE OF MOTION OBJECTING TO PROOF OF CLAIM NO. 6 FILED BY OBERMAYER REBMANN MAXWELL & HIPPEL LLP

The Debtor, Karine G. Peterside, respectfully moves for an Order Objecting to the Proof of Claim No. 6 filed by Obermayer Rebmann Maxwell & Hippel LLP. **Your rights may be affected.** You should read these papers carefully and discuss them with your lawyer, if you have one on this case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to enter the requested order, or if you want the court to consider your views on the motion, then at least seven (7) days prior to the scheduled hearing, you or your lawyer must:

File with the Court a written response or answer explaining your position, and mail a copy to

>John M. McDonnell, Esq.
>McDonnell Crowley LLC
>115 Maple Avenue
>Red Bank, New Jersey 07701

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it by the date stated above.

**HEARING SCHEDULED TO BE HELD BEFORE:**
Honorable:     Christine M. Gravelle, U.S.B.J.
Date:          September 20, 2023
Time:          9:00 am

      Place:        402 East State Street
                        Trenton, N.J. 08608
                        Courtroom #3

      Pursuant to D.N.J. LBR 9013-1(f), the movant waives oral argument unless opposition to the motion is filed.  Pursuant to D.N.J. LBR 9013-1(d), if you wish to oppose the motion, you must file with the Office of the Clerk of the Bankruptcy Court responding papers stating with particularity the basis of your opposition to the motion.

      A copy of the proposed Order, which is sought is enclosed with this Motion.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order requested therein.

      **Statement of Non-Necessity of Brief**:  The movants certify pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

                                                              McDONNELL CROWLEY
                                                              *Attorneys for the Debtor*

Dated: August 15, 2023                        By: _/s/ John M. McDonnell_____
                                                            John M. McDonnell, Esq.