**MCDONNELL CROWLEY**
115 Maple Avenue
Red Bank, NJ 07701
732-383-7233
Counsel for the Debtor
John M. McDonnell, Esq.
jmcdonnell@mchfirm.com

|  |  |
|---|---|
| In Re:<br><br>KARINE G. PETERSIDE,<br><br>                    Debtor. | UNITED STATES BANKRUPTCY<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 23-13870-CMG<br><br>HEARING DATE: September 20, 2023 @ 9am |

**ORDER DISALLOWING PROOF OF CLAIM NO. 6 FILED BY OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

Debtor: Karine G. Peterside
Case No.: 23-13870-CMG
ORDER DISALLOWING PROOF OF CLAIM NO. 6 FILED BY OBERMAYER REBMANN MAXWELL & HIPPEL LLP
_____

THIS MATTER came to the attention of the Court upon the Motion by the Debtor Objecting to the Proof of Claim No. 6 filed by Obermayer Rebmann Maxwell & Hippel LLP. The Court has considered the submissions before it and has listened to the arguments of counsel. The Court finds good cause to make the following order.

It is ORDERED as follows:

1. Proof of Claim No. 6 filed by Obermayer Rebmann Maxwell & Hippel LLP is hereby disallowed.