| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |

Order Filed on August 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karine G Peterside

Case No.: 23-13870-CMG

Hearing Date: 8/16/2023

Judge: Christine M. Gravelle

Chapter: Christine M. Gravelle

Recommended Local Form: ☑ Followed ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Cross Motion re: Cross Motion and Relief from Stay and Co-Debtor Stay

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 17, 2023

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____May 10_____, 20 23  by Mark A. Roney on behalf of U.S. Asset Funding LP     for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*