Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−13870−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karine G Peterside
   aka Karine Peterside
   14 Mountain View Court
   Millstone Township, NJ 08510−1719

Social Security No.:
   xxx−xx−9463

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     2/7/24
Time:    12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
John Michael McDonnell, attorney

COMMISSION OR FEES
fee: $7,220.00

EXPENSES
expenses: $150.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
          creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 8, 2024
JAN:

                              Jeanne Naughton
                              Clerk

Case 23-13870-CMG    Doc 52    Filed 01/10/24    Entered 01/11/24 00:16:07    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:  
Karine G Peterside  
    Debtor

Case No. 23-13870-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 08, 2024      Form ID: 137      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karine G Peterside, 14 Mountain View Court, Millstone Township, NJ 08510-1719 |
| 519939924 | + | ATCF II New Jersey LLC, PO Box 69239, Baltimore, MD 21264-9239 |
| 519909296 | + | Millstone Twp Tax Collector, 470 Stagecoach Road, Millstone Township, NJ 08510-1405 |
| 519971478 | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 240, Mt. Laurel, NJ 08054-5113 |
| 519909297 | + | US Asset Funding LP, 347 Eagle Road, Newtown, PA 18940-1201 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2024 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2024 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519909292 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 08 2024 21:16:00 | Bank of America, PO Box 982234, El Paso, TX 79998 |
| 519936418 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 08 2024 21:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519909294 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2024 21:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519938705 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 08 2024 21:56:55 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519909295 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 08 2024 21:44:13 | JP Morgan Chase, PO Box 29505, Phoenix, AZ 85038 |
| 520072911 | | Email/Text: EBN@Mohela.com | Jan 08 2024 21:17:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519909293 | | Eugene Peterside |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-13870-CMG    Doc 52    Filed 01/10/24    Entered 01/11/24 00:16:07    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2024 | Form ID: 137 | Total Noticed: 13 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2024      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Gary C. Zeitz | on behalf of Creditor ATCF II New Jersey LLC gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com |
| John Michael McDonnell | on behalf of Debtor Karine G Peterside jmcdonnell@mchfirm.com |
| Mark A. Roney | on behalf of Creditor U.S. Asset Funding LP mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Robin I. London-Zeitz | on behalf of Creditor ATCF II New Jersey LLC rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6