Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 23-13870 / CMG**

Karine G Peterside

Petition Filed Date: 05/05/2023  
341 Hearing Date: 06/08/2023  
Confirmation Date: 11/15/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/18/2023 | $8,920.00 | 92759930 | 07/18/2023 | $8,920.00 | 92803390 | 08/07/2023 | $8,920.00 | 93167360 |
| 08/30/2023 | $8,920.00 | 93516290 | 08/30/2023 | $2,780.00 | 93516360 | 10/03/2023 | $6,700.00 | 94095780 |
| 10/03/2023 | $5,000.00 | 94095830 | 10/30/2023 | $9,000.00 | 94558920 | 10/30/2023 | $2,700.00 | 94558950 |
| 11/27/2023 | $7,500.00 | 95016710 | 12/01/2023 | $3,200.00 | 95075200 | 12/04/2023 | $1,000.00 | 95109150 |
| 01/02/2024 | $5,500.00 | 95557330 | 01/05/2024 | $5,000.00 | 95671440 | 01/08/2024 | $5,000.00 | 95724400 |

**Total Receipts for the Period: $89,060.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $89,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karine G Peterside | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Michael McDonnell, Esq.<br>»» AMD DISCLOSURE 11/20/23 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2022/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2012-2013/AMD $0 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | Unsecured Creditors | $2,391.43 | $0.00 | $2,391.43 |
| 4 | JPMORGAN CHASE BANK, N.A.<br>»» 2022 SUBARU OUTBACK | Debt Secured by Vehicle | $1,561.84 | $141.73 | $1,420.11 |
| 5 | ATCF II NEW JERSEY LLC<br>»» 14 MOUNTAIVIEW CT/TAX CERT #20-00002/IN FULL | Secured Creditors | $168,911.52 | $15,328.00 | $153,583.52 |
| 6 | RENCAP PARTNERS, LLC.<br>»» JUDGMENT/14 MOUNTAIN VIEW COURT/ORD 11/27/23 | Mortgage Arrears | $556,399.00 | $50,490.85 | $505,908.15 |
| 7 | OBERMAYER REBMANN MAXWELL & HIPPEL LLF | Unsecured Creditors | $15,000.00 | $0.00 | $15,000.00 |
| 8 | US DEPARTMENT OF EDUCATION/MOHELA | Unsecured Creditors | $46,664.63 | $0.00 | $46,664.63 |

**Chapter 13 Case No. 23-13870 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $89,060.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $66,960.58 | Current Monthly Payment: | $15,507.00 |
| Paid to Trustee: | $6,968.92 | Arrearages: | $3,814.00 |
| Funds on Hand: | $15,130.50 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

