**EXHIBIT A**

# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

**CERTIFICATE No. 20-00002**

I, LORRAINE MAHER, COLLECTOR OF TAXES of the taxing district of the TOWNSHIP of MILLSTONE in the COUNTY of MONMOUTH and State of New Jersey, do hereby certify that on the 3rd day of December, 2020 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statutes of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to ATCF II NEW JERSEY, LLC

whose address is PO BOX 69239, BALTIMORE, MD 21264-9239

for Twenty Five Thousand Seven Hundred Ninety Seven dollars and Fifteen cents, the land in said taxing district described as Block No. 37.03 Lot No. 26.16, and known as 14 MOUNTAINVIEW CT, on the tax duplicate thereof and assessed thereon to PETERSIDE, CHAMBERLAIN & KARINE

## THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

|  | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| Taxes For: 2019 | 21,247.53 | 4,399.62 | 25,647.15 |
| Assessments For Improvements |  |  |  |
| Total Cost of Sale | 150.00 |  | 150.00 |
| Total |  |  | 25,797.15 |
| Premium (if any) Paid | 133,000.00 |  |  |

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 0.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after December 31, 2019; municipal authority charges accruing after December 31, 2019 and assessment installments not yet due, amounting to 0.00 dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 4th day of December, 2020

STATE OF NEW JERSEY
COUNTY OF: MONMOUTH

_Lorraine Maher_
LORRAINE MAHER, COLLECTOR OF TAXES

BE IT REMEMBERED, that on this 4th day of December 2020 before me a Notary Public of New Jersey, personally appeared LORRAINE MAHER the Collector of Taxes of the taxing district of Millstone Township in the County of MONMOUTH, who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _Lorraine Maher_ , PREPARER
LORRAINE MAHER

_Kathleen Hart_ , NOTARY PUBLIC
KATHLEEN HART

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate thereof as well as of the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.



DLGS Rev. 10/99

MGL PRINTING SOLUTIONS TC82

## AUTHORIZATION FOR CANCELLATION OF RECORD BY MUNICIPALITY

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Municipality

BY: _____    ATTEST: _____
                Mayor                                                    Municipal Clerk

(NJSA 46:18-6 & 54: 5-55)

Seal of Municipality to be affixed

**Tax Sale Certificate**

No. _____

Municipality of _____

Collector of Taxes

To _____

County, New Jersey

Entered _____

Compared _____

Checked _____

Received in the Register Office of the County of _____ New Jersey

on the _____ day of _____

A.D. 20_____, at _____ o'clock in the _____noon and

Recorded in Book _____ for said

County on Pages _____

## AUTHORIZATION FOR CANCELLATION OF RECORD BY A PRIVATE CORPORATION

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Corporation

BY: _____    ATTEST: _____
              President                                                Secretary

Corporate Seal to be affixed

## AUTHORIZATION FOR CANCELLATION OF RECORD BY AN INDIVIDUAL

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.
The above signature is certified to as genuine.

_____                                                    _____
A Notary Public of New Jersey                                Signature of Holder of Certificate