**EXHIBIT B**

 

# TOWNSHIP OF MILLSTONE

MUNICIPAL BUILDING
470 STAGE COACH ROAD
MILLSTONE TOWNSHIP, NJ 08510
732-446-4249

MUNICIPAL COURT
215 MILLSTONE ROAD
MILLSTONE TOWNSHIP, NJ 08535
732-446-6219

# On-line Tax Payment

[?] For questions or assistance: Contact Us.

**STEP 2**    Review bill, Choose amount to pay (if applicable) and click Continue.

## Property Identification:

- **Block-Lot:**    00037.03-00026.16
- **Property Location:**    14 MOUNTAINVIEW CT
- **Property Zip:**
- **Tax History:**    [View]

## Tax Information:

- **Original Tax Amount:**
  - 3rd Qtr, 2023:    $5,453.43
  - 4th Qtr, 2023:    $5,453.43
  - **1st Qtr, 2024:    $5,306.10**
  - 2nd Qtr, 2024:    $5,306.10

- **Current Amount Due:**
  - Current Quarter #: 1
  - Current Qtr. Due Date: 02/01/2024
  - **Real Estate Tax**
    - Notes:    Outside Lien
    - Amount Due:                                           $5,306.10
    - Status:    Unpaid

*Current Qtr Interest/Penalties

**Notes:**

**Amount Due:** $90.20

**Status:** Unpaid

<sup>*</sup>**Delinquent (Year '23)**

**Notes:** (Principal + Int/Penalties)
$10,906.86 + $921.63 =

**Amount Due:** $11,828.49

**Status:** Unpaid

**Total Due:** $17,224.79

<sup>*</sup>The interest listed is calculated as of: Tue, March 05, 2024. Payment received after this date will accrue additional interest.

## Pay Your Taxes:

- **Select Amount To Pay:**  ○ Total Due: **$17,224.79**

  OR

  ○ Enter Amount: [ ]  *(for partial or pre-payment)*

  Note: When making a partial payment, **all interest** (*$1,011.83*) must be paid on account in addition to any principal you want to pay.

  ← Back    Continue →



We use SSL encryption to protect your personal information and ensure a secure payment.

**Town Hall • 470 Stage Coach Road • Millstone Township, NJ 08510 • 732-446-4249**
**Municipal Court • 215 Milstone Road • Millstone Township, NJ 08535 • 732-446-6219**