UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*ATCF II NEW JERSEY LLC*

| | |
|---|---|
| In Re:<br><br>KARINE G. PETERSIDE | **Case No.: 23-13870/CMG**<br><br>**Chapter: Thirteeb**<br><br>**Hearing Date: April 3, 2024 at 9:00 am**<br><br>**Judge: Christine M. Gravelle** |

## CERTIFICATION OF SERVICE

1.  I, Cathleen Dillon:

☐   represent the _____ in the above-captioned matter.

■   am the secretary/paralegal for Gary C. Zeitz, Esquire, who represents the Creditor in the above captioned matter.

☐   am the _____ in the above case and am representing myself.

2.  On March 6, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Motion for relief from stay and all attendant documents

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 6, 2024

/s/ Cathleen Dillon
Cathleen Dillon

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John Michael McDonnell, Esquire<br>McDonnell Crowley, LLC<br>115 Maple Avenue, Suite 201<br>Red Bank, NJ 07701 | Debtor's Counsel | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Karine G. Peterside<br>14 Mountain View Court<br>Millstone Township, NJ 08510 | Debtor | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo Trustee<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |