---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, New Jersey 07701
Telephone Number (732) 383-7233
Facsimile Number (732) 383-7531
Attorneys for Debtor
By: John M. McDonnell, Esq.

---

In Re:

Karine G. Peterside,
                     Debtor.

Chapter 13

Case No. 23-13870 (CMG)

Hearing Date: October 16, 2024 @12pm

---

### SECOND APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF DEBTOR'S COUNSEL AND CERTIFICATION IN SUPPORT OF APPLICATION IN CHAPTER 13 CASE

JOHN M. McDONNELL, Esq. certifies as follows:

1. I am a partner with the firm of McDonnell Crowley ("Applicants"), the attorneys for the Debtor in the above-captioned matter. I make this certification in support of Applicant's Second Application for Allowance of supplemental fees and expenses in the above-captioned Chapter 13 case.

2. Applicant has made one application for allowance of compensation or for reimbursement of expenses in this matter. Prior to commencement of the case, Applicant received $2,500.00 on account of its services and expenses in this matter. By order dated February 7, 2024, Applicant was awarded compensation for services and expenses incurred from May 8, 2023 through December 8, 2023 in the amount of $7,370.00.

3. Applicant seeks compensation for the services rendered and expenses incurred from December 9, 2023 through September 13, 2024 in the amount of $15,305.00.

4. Applicant has performed the services and incurred the expenses described in the time detail attached as **Exhibit A** hereto Applicant seeks allowance of compensation for its services rendered in the amount of $15,105.00 and expenses incurred in the amount of $200.00.

5. The retainer agreement is attached hereto as **Exhibit B**. The retainer agreement provides the fee charged will be at an hourly rate of $475.00, with applications for further fees.

6. Applicant respectfully requests the Court to direct payment of $15,305.00 allowance through the Chapter 13 Plan as an administrative priority.

7. Applicant respectfully submits that the services for which it seeks compensation and the expenses for which it seeks reimbursement were necessary, and that the amounts requested are reasonable. In efforts to assist the Debtor in saving her home from sheriff sale, applicant drafted, filed and argued numerous motions, including but not limited to, motions to reinstate the automatic stay and defend numerous motions to lift the automatic stay and dismissal motions. Included in the above were numerous communications between the Debtor, Applicant, Chapter 13 Trustee and counsel for numerous creditors.

8. In view of the above, Applicant respectfully requests this Court to enter an order granting the application for allowance of fees and expenses, allowing Applicant an administrative claim and requiring payment of $15,305.00 of such claim as an administrative priority through the Chapter 13 plan.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ *John M. McDonnell*
JOHN M. MCDONNELL, ESQ.

Dated: September 14, 2024