UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MCDONNELL CROWLEY, LLC
115 Maple Avenue
Red Bank, New Jersey 07701
Telephone Number (732) 383-7233
Facsimile Number (732) 383-7531
Attorneys for Debtors
By: John M. McDonnell, Esq. (8731)

Order Filed on October 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karine G. Peterside,

                Debtor.

Case No.: 23-13870

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 17, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ McDonnell Crowley, LLC _____ , the applicant, is allowed a fee of $ _____ 15,105.00 _____ for services rendered and expenses in the amount of $_____ 200.00 _____ for a total of $_____ 15,305.00 _____ . The allowance is payable:

  ☒  through the Chapter 13 plan as an administrative priority.

  ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*